AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2021 DEC 15 PM 1:59
UNITED STATES MARSHALS
COLUMBIA, SC

United States of America
v.

MARCUS NOTTAGE
a/k/a " Studda"

Defendant

Case No. 2:21-cr-00341

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MARCUS NOTTAGE, a/k/a " Studda",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code, Section 922(g)(1), 924(a)(2), 924(c)(1)(A), 924(d)(1), 924(e).
Title 21, United States Code, Section 846, 841(a)(1), 841(b)(1)(A),853,881.
Title 28, United States Code Section 2461(c).

Date: December 14, 2021

City and state:     Charleston, South Carolina

s/Chondra S. White
Deputy Clerk
*Issuing officer's signature*

s/Robin L. Blume
Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* DEC 15 2021, and the person was arrested on *(date)* 2/23/2022
at *(city and state)* Charleston, SC.

Date: 2/23/2022

DEA SA Brian Robinson
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*